# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff**,**<br>vs.<br>**JOEY HAINES,**<br>Defendant**.** | CASE NO. 14-cr-00578-YGR-1<br><br>**ORDER DENYING MOTION FOR RESOLUTION OF PENDING VIOLATION**<br>Re: Dkt. No. 38 |

Pending before this Court is defendant's "Supplemental Motion for Immediate Order Directing Transfer to Federal Court/Custody for Pending Violation of Supervised Release." (Dkt. No. 38.) Specifically, defendant asks this Court to transfer him to federal custody for the resolution of a pending charge levied against him for violation of his supervised release. (*See id.*) On April 19, 2017, the Court ordered the government to respond, indicating its intentions regarding the prosecution of the underlying petition. (Dkt. No. 41.) On May 10, 2017, the government responded, indicating that it "fully intends to move forward with the violation against defendant Haines and expects to ask the Court for a consecutive sentence to any state court sentence." (Dkt. No. 42 at 1.)

In light of the government's response, the Court finds that it is proper to address the resolution of the pending violation after defendant's state custody has been terminated. Accordingly, the Court **DENIES** plaintiff's motion seeking final disposition of the same at this time.

This Order terminates Docket Number 38.

**IT IS SO ORDERED.**

Dated: June 1, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**